IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| QUEENS UNIERSITY AT KINGSTON, ET AL. | § § § | |
| v. | § § | Case No. 2:14CV53-RSP |
| SAMSUNG ELECTRONICS CO., LTD., ET AL. | § § § | |

## ORDER APPOINTING TECHNICAL ADVISOR

The Court hereby appoints David Keyzer as the Court's technical advisor in this case, with his fees and expenses to be assessed equally between Plaintiff and Defendants and timely paid as billed.  The parties are ORDERED to send courtesy copies of claim construction briefs, exhibits, and technology tutorials no later than one business day after their filing in PDF form to david@keyzerlaw.com.

**SIGNED this 26th day of January, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE