**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| QUEENS UNIVERSITY AT KINGSTON, ET AL. | § § § | |
| v. | § § | Case No. 2:14-CV-53-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD., ET AL. | § § § | |

**Motion Hearing
MAG. JUDGE ROY PAYNE PRESIDING
June 17, 2015**

OPEN:  1:50 pm                                                                 ADJOURN:   5:10 pm

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Rachel Black |
| | Jeff Rambin |
| | Claire Henry |
| ATTORNEY FOR DEFENDANTS: | Ryan Nishimoto |
| | Melissa Smith |
| LAW CLERK: | Richard Chen |
| COURT REPORTER: | Jill McFadden |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.  Case called.  Jeff Rambin announced ready and introduced co-counsel.  Melissa Smith announced ready and introduced co-counsel.

Jeff Rambin began arguing Plaintiffs' Emergency Motion to Compel and for Sanctions (Dkt. #133).  Ryan Nishimoto responded.  The Court questioned the parties.  The Court made a ruling granting the motion in part as follows.

After the break for the parties to meet and confer, Jeff Rambin informed the Court of the agreements.  Samsung will have until June 30, 2015 to collect and produce to the Plaintiffs the documents and emails from Me Jung Park and until July 30, 2015 to produce her for a deposition in the U.S at a time and place agreed upon.

The deadline for the exchange of expert reports is continued until a date to be set during a telephone conference to be arranged by counsel for parties within one week.

Defendants' Motion to Compel (Dkt. No. 134) is granted in part to the extent that documents containing communications between plaintiff and its non-attorney patent agents are not subject to the attorney-client privilege for the reasons assigned at the hearings.   The Court will allow a one week stay for plaintiff to file any appeal.