IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| QUEENS UNIVERSITY AT KINGSTON, ET AL. | § § § | |
| v. | § § | Case No. 2:14-CV-53-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD., ET AL. | § § § | |

**Motion Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
June 29, 2015

**OPEN:** 9:00 am                                                                 **ADJOURN:** 12:02 pm

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Rachel Black |
| | Jeff Rambin |
| | Claire Henry |
| ATTORNEY FOR DEFENDANTS: | Ryan Nishimoto |
| | Melissa Smith |
| LAW CLERK: | Craig Walter |
| COURT REPORTER: | Tonya Jackson |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Jeff Rambin announced ready and introduced co-counsel. Melissa Smith announced ready and introduced co-counsel.

The Court gave a briefing schedule for the Emergency Motion for Contempt (Dkt. No. 153) – Defendant's response is due July 1st; Plaintiffs' reply is due July 2nd; and the sur-reply is due July 3rd. A hearing on this motion will be set for Monday, July 6th at 9:00 a.m.

The Court heard argument on Plaintiffs' Emergency Motion to Compel Samsung to Produce and Identify Witnesses, Produce Documents and Data, and Supplement Interrogatory Responses (Dkt. No. 138). The parties argued category by category. Rachel Black argued for plaintiff. Ryan Nishimoto argued for defendant. The Court questioned the parties.

After the break for the parties to meet and confer, Rachel Black and Ryan Nishimoto read into the record the agreements that were reached.