# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| QUEEN'S UNIVERSITY AT KINGSTON and PARTEQ INNOVATIONS,<br><br>*Plaintiffs*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,<br><br>*Defendants*. | Civil Action No. 2:14-cv-00053-JRG-RSP |

## EIGHTH AMENDED DOCKET CONTROL ORDER

The Parties' Joint Motion to Amend the Docket Control Order to extend the deadline for damages-related expert reports, corresponding *Daubert* motions, to file motions to compel related to discovery issues that arose during the depositions of Messrs. Yoo, Dickie, and Malloy, and Drs. Banting, Vertegaal and Benner, and to take the deposition of Mr. Diaz is hereby GRANTED as follows.

| Previous Dates | New Dates | Event |
|---|---|---|
| November 9, 2015 | | **\*Jury Selection – 9:00 a.m. in Marshall, Texas** |
| September 28, 2015 | | **\*Pretrial Conference – 9:00 a.m. in Marshall, Texas before Judge Roy Payne** |
| September 23, 2015 | | \*Notify Court of Agreements Reached During Meet and Confer.<br><br>The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |

| Previous Dates | New Dates | Event |
| --- | --- | --- |
| September 21, 2015 | | *File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, and Responses to Motions in Limine |
| September 21, 2015 | | Serve Objections to Rebuttal Pretrial Disclosures |
| September 14, 2015 | | *File Notice of Request for Daily Transcript or Real Time Reporting.<br><br>If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Shelly Holmes, at shelly_holmes@txed.uscourts.gov. |
| September 7, 2015 | | File Motions in Limine.<br><br>The parties shall limit their motions in limine to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |
| August 31, 2015 | | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |
| August 17, 2015 | | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |
| August 17, 2015 | September 11, 2015 | File Reply briefs, if any, to all Daubert Motions |
| August 10, 2015 | September 4, 2015 | File Response to Daubert Motions served on July 28, 2015 |
| | | |
| July 20, 2015 | August 21, 2015 | *File Dispositive Motions or Motions to Strike Expert Testimony (including Daubert Motions)<br><br>No dispositive motion or motion to strike expert testimony (including a Daubert motion) may be filed after this date without leave of the Court. |
| July 20, 2015 | August 17, 2015 | Deadline to Complete Expert Discovery |

| Previous Dates | New Dates | Event |
|---|---|---|
| July 13, 2015 | August 8, 2015 | Serve Disclosures for Defendants' Damages-related Expert Witness(es) |
| July 6, 2015 | | Serve Disclosures for Rebuttal Expert Witnesses for any reports served June 15, 2015, Other than for Defendants' Damages Expert Witness(es) |
| June 22, 2015 | July 18, 2015 | Serve Disclosures for Plaintiffs' Damages-related Expert Witnesses |
| June 25, 2015 | July 1, 2015 | Deadline for Defendants to file motion to compel regarding issues arising from depositions of Banting, Vertegaal, Dickie, and/or Molloy |
| June 17, 2015 | July 1, 2015 | Deadline for Plaintiffs to file motions to compel regarding issues arising from the depositions of Benner and Yoo |
| June 15, 2015 | | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof, other than for Plaintiffs' Damages-related Expert Witnesses |
| June 8, 2015 | | **Deadline to Complete Fact Discovery and File Motions to Compel Discovery |

(*) indicates a deadline that cannot be changed without showing good cause. Good cause is not shown merely by indicating that the parties agree that the deadline should be changed.

** Defendants took the deposition of Dr. Banting on June 10, 2015 and of Dr. Vertegaal on June 11-12, 2015 in their personal capacity as well as 30(b)(6) designees, of Mr. Dickie on June 2, 2015, and of Mr. Molloy on June 17, 2015, and Plaintiffs took the deposition of Dr. Benner on June 12, 2015, in his personal capacity as well as a 30(b)(6) designee, and Plaintiffs took the deposition of Mr. Yoo on June 5, 2015. The Parties have been working in good faith to promptly resolve any discovery disputes arising out of the depositions of Messrs. Yoo, Dickie, and Molloy, and Drs. Vertegaal, Benting, and Benner and, if necessary, the parties may file any associated motions to compel by the deadline set forth above. Additionally, Plaintiffs shall take the deposition of Mr. Diaz in his personal capacity as well as a 30(b)(6) designee on a date to be mutually agreed upon by the parties. The Parties shall work in good faith to promptly resolve any discovery disputes arising out of Mr. Diaz's deposition and, if necessary, Plaintiffs may file any associated motions to compel within six (6) days of the deposition at issue, or on the first business day after the sixth day following the deposition.

**SIGNED this 29th day of June, 2015.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE