**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| QUEENS UNIVERSITY AT KINGSTON, ET AL. | § § § | |
| v. | § § | Case No. 2:14-CV-53-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD., ET AL.. | § § § | |

**ORDER**

Currently before the Court is Plaintiffs' Rule 72(a) Objections to the Magistrate Judge's Order Granting Defendants' Motion to Compel (Dkt. No. 155), filed on June 22, 2015. Having reviewed *de novo* the briefs and the record, including the transcript of the June 17 hearing, the Court finds that the Order is neither clearly erroneous nor contrary to law. Accordingly, the Objections are DENIED.

**So ORDERED and SIGNED this 6th day of July, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE