**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| QUEEN'S UNIVERSITY AT KINGSTON ET AL, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 2:14-cv-53-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD., et al. | § § § | |
| Defendants. | § | |

## ORDER

Currently before the Court are the various motions by Plaintiffs (Dkt. Nos. 174, 175, 176, and 177) concerning certification for immediate interlocutory appeal under 28 U.S.C. §1292(b), or for stay to allow a petition for writ of mandamus, of this Court's orders overruling Plaintiffs' claims of attorney-client privilege for communications with non-attorney patent agents.  While there is a split in authorities on this issue, Plaintiffs have made no showing or argument that the contents of such communications are of sufficient importance to justify a stay of these proceedings at this advanced stage.  Absent a stay of the entire case, a stay of the order pending interlocutory appeal would, in effect, grant Plaintiffs the relief to which this Court has decided they are not entitled, in that the case would conclude before Plaintiffs made production of the documents at issue.  Accordingly,

IT IS ORDERED that the production at issue ordered during the June 17, 2015 hearing (Dkt. No. 149) will be stayed until July 17, 2015 in order to allow Plaintiffs to file any petition for writ of mandamus.  If such a petition is timely filed, the production will be further stayed pending disposition of the petition or other order of the Court of Appeals.

The foregoing motions (Dkt. Nos. 174, 175, 176 and 177) are otherwise DENIED.

**SIGNED this 12th day of July, 2015.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE