# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| QUEENS UNIVERSITY AT KINGSTON, PARTEQ RESEARCH AND DEVELOPMENT INNOVATIONS, § § § § § § § § § § § § § | Case No. 2:14-CV-00053-JRG-RSP |
| *Plaintiffs*, | |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., et al., | |
| *Defendants*. | |

## ORDER

In light of the Court's previous Order staying this case, Dkt. No. 214, all pending motions are **DENIED WITHOUT PREJUDICE**. The parties may re-urge any motion denied without prejudice within 14 days of any Court Order lifting the stay.

**SIGNED this 26th day of February, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE