## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

QUEENS UNIVERSITY AT KINGSTON,  §
PARTEQ RESEARCH AND             §
DEVELOPMENT INNOVATIONS,        §
                                §
     *Plaintiffs*,              §
                                §
                                §
v.                              §   Case No. 2:14-CV-00053-JRG-RSP
                                §
                                §
SAMSUNG ELECTRONICS CO., LTD. and §
SAMSUNG ELECTRONICS AMERICA,    §
INC.,                           §
                                §
     *Defendants*.

## FINAL JUDGMENT

Before the Court is Samsung's motion for entry of final judgment and costs. [Dkt. No. 228]. For good cause shown, *see Order granting motion for entry of final judgment*, the motion is **GRANTED**.

**IT IS THEFORE ORDERED** that the final judgment is entered in favor of Samsung on its invalidity counterclaims, and that all remaining claims and counterclaims are dismissed with prejudice.

**IT IS FURTHER ORDERED** that Samsung is awarded costs as the prevailing party under Federal Rule of Civil Procedure 54(d)(1).

**So ORDERED and SIGNED this 14th day of January, 2019.**

_____
RODNEY   GILSTRAP
UNITED STATES DISTRICT JUDGE